IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SNITZER and PAUL LIVANT, individually and as representatives of a class of similarly situated persons, on behalf of the American Federation of Musicians and Employers' Pension Plan,<br><br>                      Plaintiffs,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, THE INVESTMENT COMMITTEE OF THE BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, RAYMOND M. HAIR, JR., AUGUSTINO GAGLIARDI, GARY MATTS, WILLIAM MORIARITY, BRIAN F. ROOD, LAURA ROSS, VINCE TROMBETTA, PHILLIP E. YAO, CHRISTOPHER J.G. BROCKMEYER, MICHAEL DEMARTINI, ELLIOT H. GREENE, ROBERT W. JOHNSON, ALAN H. RAPHAEL, JEFFREY RUTHIZER, BILL THOMAS, JOANN KESSLER, MARION PRESTON,<br><br>                      Defendants. | No. 1:17-cv-5361 (VEC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/08/2019 |

## ORDER ON EXTENSION OF TIME

The parties to this action have requested the deadline set by the Court in its July 15, 2019 Order (Dkt No. 121) for filing a statement of stipulated findings of fact and conclusions of law, Plaintiffs' proposed findings of fact and conclusions of law, and Defendants' proposed findings of fact and conclusions of law be extended from December 31, 2019 to February 11, 2020. The Court finds that good cause exists for the extension of the December 31, 2019 deadline to February 11, 2020, and hereby orders as follows:

      1.      The deadline for filing a statement of stipulated findings of fact and conclusions of law, Plaintiffs' proposed findings of fact and conclusions of law, and

        Defendants' proposed findings of fact and conclusions of law is hereby extended from December 31, 2019 to **February 11, 2020**.

2. A call with the parties to update the Court on the status of the case is set for **December 13, 2019** at **2:00 P.M.** During that call, the parties should be prepared to alert the Court if any further extensions are required, including to the date for the final pre-trial conference and the bench trial, currently scheduled for March 12, 2020 and April 20, 2020, respectively.

IT IS SO ORDERED                                             Date: November 8, 2019

_____
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE