UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
ANDREW SNITZER and PAUL LIVANT,                              :
individually and as representatives of a class of            :
similarly situated persons, on behalf of the                 :
American Federation of Musicians and Employers'              :
Pension Plan,                                                :
                                                             :
                                Plaintiffs,                  :
                                                             :
                -against-                                    :
                                                             :
THE BOARD OF TRUSTEES OF THE                                 :
AMERICAN FEDERATION OF MUSICIANS                             :
AND EMPLOYERS' PENSION FUND, THE                             :
INVESTMENT COMMITTEE OF THE BOARD                            :
OF TRUSTEES OF THE AMERICAN                                  :
FEDERATION OF MUSICIANS AND                                  :
EMPLOYERS' PENSION FUND, RAYMOND M.                          :
HAIR, JR., AUGUSTIN GAGLIARDI, GARY                          :
MATTS, WILLIAM MORIARITY, BRIAN F.                           :
ROOD, LAURA ROSS, VINCE TROMBETTA,                           :
PHILLIP E. YAO, CHRISTOPHER J.G                              :
BROCKMEYER, MICHAEL DEMARTINI,                               :
ELLIOT H. GREENE, ROBERT W. JOHNSON,                         :
ALAN H. RAPHAEL, JEFFREY RUTHIZER,                           :
BILL THOMAS, JOANN KESSLER; MARION                           :
PRESTON,                                                     :
                                                             :
                                Defendants.                  :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/2020

17-CV-5361 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must appear for a teleconference with the Court at **2:30 P.M. on February 14, 2020,** or submit an update in writing on or before **February 12, 2020**. The current deadlines for the submission of proposed findings of fact and conclusions of law, the final pretrial conference, and the bench trial are adjourned pending

further order.

**SO ORDERED.**

Date: **January 30, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**