IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SNITZER and PAUL LIVANT, individually and as representatives of a class of similarly situated persons, on behalf of the American Federation of Musicians and Employers' Pension Plan,<br><br>                      Plaintiffs,<br><br>                      v.<br><br>THE BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, *et al.,*<br><br>                      Defendants. | No. 1:17-cv-5361 (VEC)<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL FOR <u>PLAINTIFFS</u>** |

To the Clerk of the Court and all parties of record:

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Vera G. Belger hereby moves for leave of the Court to withdraw as counsel for Plaintiffs in the above captioned-matter. The reason for the motion is that I am no longer an associate of Chimicles Schwartz Kriner & Donaldson-Smith LLP. Plaintiffs will continue to be represented by the attorneys whose appearances are on file with the Court. For this reason, my withdrawal will not prejudice any party or cause any delay in this case. I am not asserting a retaining or charging lien.


Dated: February 13, 2020                                    */s/ Vera G. Belger*_____
                                                                          Vera G. Belger
                                                                          (302) 656-2500


                                  **SO ORDERED:**_____