UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/31/2020

---------------------------------------------------------------X
ANDREW SNITZER and PAUL LIVANT, :
individually and as representatives of a class of :
similarly situated persons, on behalf of the :
American Federation of Musicians and Employers' :
Pension Plan, :
:
                               Plaintiffs, :
:
                 -against- :
:
THE BOARD OF TRUSTEES OF THE :
AMERICAN FEDERATION OF MUSICIANS :
AND EMPLOYERS' PENSION FUND, THE : 17-CV-5361 (VEC)
INVESTMENT COMMITTEE OF THE BOARD :
OF TRUSTEES OF THE AMERICAN : ORDER
FEDERATION OF MUSICIANS AND :
EMPLOYERS' PENSION FUND, RAYMOND M. :
HAIR, JR., AUGUSTIN GAGLIARDI, GARY :
MATTS, WILLIAM MORIARITY, BRIAN F. :
ROOD, LAURA ROSS, VINCE TROMBETTA, :
PHILLIP E. YAO, CHRISTOPHER J.G :
BROCKMEYER, MICHAEL DEMARTINI, :
ANDREA FINKELSTEIN, ELLIOT H. GREENE, :
ROBERT W. JOHNSON, ALAN H. RAPHAEL, :
JEFFREY RUTHIZER, BILL THOMAS, :
MAUREEN B. KILKELLY, and DOES NO. 1-6, :
WHOSE NAMES ARE CURRENTLY :
UNKNOWN, :
:
                               Defendants. :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties have submitted a settlement agreement for preliminary approval;

      WHEREAS the parties propose to certify a settlement class consisting of 114,285 members, of which 21,881 members have no known postal or email address, Settlement Agreement (Dkt. 139-1) § 3.3; and

WHEREAS the parties propose to notify those 21,881 class members by posting the relevant documents on a website, *id.*;

IT IS HEREBY ORDERED that the parties must jointly submit a supplemental memorandum of law, no later than **April 17, 2020**, explaining why the posting of the settlement documents on a website constitutes adequate notice for those 21,881 class members. The memorandum must also discuss alternative or supplemental methods of notice.

**SO ORDERED.**

Date: March 31, 2020
New York, New York

**VALERIE CAPRONI**
**United States District Judge**