```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------- X  ELECTRONICALLY FILED
ANDREW SNITZER and PAUL LIVANT,              :  DOC #:_____
individually and as representatives of a class of  :  DATE FILED: 04/03/2020
similarly situated persons, on behalf of the :
American Federation of Musicians and Employers' :
Pension Plan,                                :
                                             :
                                Plaintiffs,  :
                                             :
              -against-                      :
                                             :
THE BOARD OF TRUSTEES OF THE                 :
AMERICAN FEDERATION OF MUSICIANS             :
AND EMPLOYERS' PENSION FUND, THE             :  17-CV-5361 (VEC)
INVESTMENT COMMITTEE OF THE BOARD            :
OF TRUSTEES OF THE AMERICAN                  :  ORDER
FEDERATION OF MUSICIANS AND                  :
EMPLOYERS' PENSION FUND, RAYMOND M.          :
HAIR, JR., AUGUSTIN GAGLIARDI, GARY          :
MATTS, WILLIAM MORIARITY, BRIAN F.           :
ROOD, LAURA ROSS, VINCE TROMBETTA,           :
PHILLIP E. YAO, CHRISTOPHER J.G              :
BROCKMEYER, MICHAEL DEMARTINI,               :
ANDREA FINKELSTEIN, ELLIOT H. GREENE,        :
ROBERT W. JOHNSON, ALAN H. RAPHAEL,          :
JEFFREY RUTHIZER, BILL THOMAS,               :
MAUREEN B. KILKELLY, and DOES NO. 1-6,       :
WHOSE NAMES ARE CURRENTLY                    :
UNKNOWN,                                     :
                                             :
                                Defendants.  :
-------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties informed the Court of a dispute regarding Defendants' communications with class members;

IT IS HEREBY ORDERED all parties appear for a telephone conference with the Court on **April 9, 2020, at 10:00 A.M.** All parties and interested members of the public should attend

the conference by calling 1-888-363-4749, using the access code 3121171 and the security code 6350.  Participants are reminded to mute their phones when not speaking and to identify themselves before talking.

**SO ORDERED.**

Date:  **April 3, 2020**
       **New York, New York**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**