UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/06/2020

-----------------------------------------------------------------X
ANDREW SNITZER and PAUL LIVANT,
individually and as representatives of a class of
similarly situated persons, on behalf of the
American Federation of Musicians and Employers'
Pension Plan,

                              Plaintiffs,

                 -against-

THE BOARD OF TRUSTEES OF THE
AMERICAN FEDERATION OF MUSICIANS
AND EMPLOYERS' PENSION FUND, THE
INVESTMENT COMMITTEE OF THE BOARD
OF TRUSTEES OF THE AMERICAN
FEDERATION OF MUSICIANS AND
EMPLOYERS' PENSION FUND, RAYMOND M.
HAIR, JR., AUGUSTIN GAGLIARDI, GARY
MATTS, WILLIAM MORIARITY, BRIAN F.
ROOD, LAURA ROSS, VINCE TROMBETTA,
PHILLIP E. YAO, CHRISTOPHER J.G
BROCKMEYER, MICHAEL DEMARTINI,
ANDREA FINKELSTEIN, ELLIOT H. GREENE,
ROBERT W. JOHNSON, ALAN H. RAPHAEL,
JEFFREY RUTHIZER, BILL THOMAS,
MAUREEN B. KILKELLY, and DOES NO. 1-6,
WHOSE NAMES ARE CURRENTLY
UNKNOWN,

                              Defendants.
-----------------------------------------------------------------X

17-CV-5361 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendants requested that the teleconference on April 9, 2020, be rescheduled to accommodate Passover;

      IT IS HEREBY ORDERED that the telephone conference is rescheduled for **April 8, 2020, at 2:00 P.M.** All parties and interested members of the public should

attend the conference by calling 1-888-363-4749, using the access code 3121171 and the security code 6350. Callers who are not speaking at the teleconference are reminded to mute their phones to avoid disrupting the proceeding.

**SO ORDERED.**

**Date: April 6, 2020**
**New York, New York**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**