USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANDREW SNITZER and PAUL LIVANT,
individually and as representatives of a class of
similarly situated persons, on behalf of the
American Federation of Musicians and Employers'
Pension Plan,

                            Plaintiffs,

         -against-

THE BOARD OF TRUSTEES OF THE
AMERICAN FEDERATION OF MUSICIANS
AND EMPLOYERS' PENSION FUND, THE
INVESTMENT COMMITTEE OF THE BOARD
OF TRUSTEES OF THE AMERICAN
FEDERATION OF MUSICIANS AND
EMPLOYERS' PENSION FUND, RAYMOND M.
HAIR, JR., AUGUSTIN GAGLIARDI, GARY
MATTS, WILLIAM MORIARITY, BRIAN F.
ROOD, LAURA ROSS, VINCE TROMBETTA,
PHILLIP E. YAO, CHRISTOPHER J.G
BROCKMEYER, MICHAEL DEMARTINI,
ANDREA FINKELSTEIN, ELLIOT H. GREENE,
ROBERT W. JOHNSON, ALAN H. RAPHAEL,
JEFFREY RUTHIZER, BILL THOMAS,
MAUREEN B. KILKELLY, and DOES NO. 1-6,
WHOSE NAMES ARE CURRENTLY
UNKNOWN,

                            Defendants.
-------------------------------------------------------------- X

17-CV-5361 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS a putative member of the class, Martin Stoner, has emailed the Court opposing the preliminary approval of the proposed settlement and requesting the release of the unredacted version of the Amended Complaint;

      IT IS HEREBY ORDERED that the parties must file a joint response, explaining whether they intend to make the Amended Complaint available on the settlement website in unredacted

form, and if not, why not.  That response is due by **April 28, 2020**.  The Court finds that Mr. Stoner's remaining objections are better addressed after preliminary approval and the disclosure of relevant documents to class members.

**SO ORDERED.**

**Date:  April 22, 2020**                                       **VALERIE CAPRONI**
      **New York, New York**                         **United States District Judge**