IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SNITZER and PAUL LIVANT,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, ET AL.,<br><br>Defendants. | Case 1:17-cv-05361-VEC |

**NOTICE OF PLAINTIFFS' MOTION PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, SERVICE AWARDS, AND RELEASE FOR CLASS REPRESENTATIVES**

PLEASE TAKE NOTICE that for the reasons set forth in the Memorandum of Law, the accompanying declaration of Steven A. Schwartz filed concurrently herewith ("Schwartz Fee Declaration"), the Preliminary Approval Motion and Schwartz Preliminary Approval Declaration (ECF #138 & 139), and the entire record in this Action, Plaintiffs and Class Counsel move the Court for entry of an Order that grants the request for Attorneys' Fees, Reimbursement of Expenses, the proposed Service Awards, and the proposed Release of Claims against the Class Representatives.

Dated: June 25, 2020

Respectfully submitted,

By:  */s/ Steven A. Schwartz*
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
Steven A. Schwartz
Mark B. DeSanto
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

1

2

                                            Robert J. Kriner, Jr.
                                            CHIMICLES SCHWARTZ KRINER
                                              &DONALDSON-SMITH LLP
                                            2711 Centerville Road, Suite 201
                                            Wilmington, DE 19808

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, a true and correct copy of Notice of Plaintiffs' Motion Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, Service Awards, and Release for Class Representatives was served by CM/ECF to the parties registered to the Court's CM/ECF system.


Dated: June 25, 2020                                       */s/ Steven A. Schwartz*
                                                           Steven A. Schwartz