IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SNITZER and PAUL LIVANT,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, ET AL.,<br><br>Defendants. | Case 1:17-cv-05361-VEC |

**NOTICE OF PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF THE SETTLEMENT AGREEMENT;
FINAL JUDGMENT; REJECTION OF OBJECTIONS;
AN AWARD OF ATTORNEYS' FEES AND EXPENSES;
APPROVAL OF SERVICE AWARDS AND RELEASES;
AND ORDER OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and in Response to Objections by certain class members and Defendants' objections to the fee and expense request, Plaintiffs in the above-captioned action hereby move the Court for entry of an order that provides for final approval of the proposed class action settlement, an award of attorneys' fees and expenses, Service Awards and releases in favor of the Class Representatives, and an order overruling all of the objections to the Settlement, attorneys' fees, expenses and Service Awards.

In support of the Motion, Plaintiffs rely upon the declarations of Class Counsel Steven A. Schwartz filed at ECF # 139 in connection with preliminary approval

("Schwartz PA Decl.") and filed concurrently herewith ("Schwartz FA Decl."); the Declarations of proposed Neutral Independent Fiduciary Trustee Andrew Irving filed at ECF # 139-2 in connection with preliminary approval (Irving Decl.") and concurrently herewith (Irving Supp. Decl."); the Report of the Independent Settlement Evaluation Fiduciary Stephen Caflisch of Fiduciary Counselors supporting approval of the Settlement (attached as Exhibit 3 to the Schwartz FA Declaration); and the entire record herein, including the expert materials and depositions posted on the Settlement website http://www.afm-epfsettlement.com/Pages/Home.html. In addition to Class Counsel, Messrs. Irving and Caflisch will make themselves available at the August 26, 2020 Final Approval Hearing to answer any questions the Court may have.

Consistent with the Settlement Agreement, the proposed form of order submitted with this Motion has been approved by both Plaintiffs and Defendants. Defendants do not join in Plaintiffs' supporting Memorandum.

Dated: August 12, 2020                            Respectfully submitted,

By:   /s/ Steven A. Schwartz

CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
Steven A. Schwartz
Mark B. DeSanto
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Robert J. Kriner, Jr.
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, a true and correct copy of Plaintiffs' Motion for Final Approval of Class Action Settlement was served by CM/ECF to the parties registered to the Court's CM/ECF system and will be posted on the Settlement Website.

Dated: August 12, 2020         */s/ Steven A. Schwartz*
                                                             Steven A. Schwartz