UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW SNITZER and PAUL LIVANT, individually and as representatives of a class of similarly situated persons, on behalf of the American Federation of Musicians and Employers' Pension Plan,

Plaintiffs,

v.

THE BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, THE INVESTMENT COMMITTEE OF THE BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, RAYMOND M. HAIR, JR., AUGUSTINO GAGLIARDI, GARY MATTS, WILLIAM MORIARITY, BRIAN F. ROOD, LAURA ROSS, VINCE TROMBETTA, PHILLIP E. YAO, CHRISTOPHER J.G. BROCKMEYER, MICHAEL DEMARTINI, ELLIOT H. GREENE, ROBERT W. JOHNSON, ALAN H. RAPHAEL, JEFFREY RUTHIZER, BILL THOMAS, JOANN KESSLER, MARION PRESTON,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/17/2020

No. 1:17-cv-5361 (VEC)

**ORDER**

VALERIE CAPRONI, United States District Judge:

WHEREAS an in-person fairness hearing is currently scheduled for August 26, 2020, at 10:00 A.M.; and

WHEREAS the COVID-19 pandemic could deter class members from attending the hearing in person or subject counsel or other attendees to pandemic-related restrictions based on their personal contacts or recent out-of-state travel;

IT IS HEREBY ORDERED that the fairness hearing shall proceed via video conference, using the Skype platform. In advance of the conference, counsel for the parties and counsel for the ad hoc coalition of objectors will each receive a link, via email, to participate by video.

Chambers will also email all objectors who previously expressed an interest in attending the fairness hearing,[1] to inquire whether they would like to speak at the hearing; any objector who confirms, before **12:00 P.M. on August 21, 2020**, that he or she would like to speak will receive a link to participate via video.  Recipients of a video link are ordered <u>not</u> to share or otherwise distribute the link to anyone else.  <u>All other objectors or interested members of the public may listen to the hearing by dialing 1-917-933-2166, using Conference ID: 83851271.</u>

IT IS FURTHER ORDERED that Class Counsel must make this Order available on the settlement website no later than **August 18, 2020**.

**SO ORDERED.**

Date:  August 17, 2020                             **VALERIE CAPRONI**
New York, New York                          **United States District Judge**

---

[1] Those objectors are Anne Bryant, Dennis Dreith, Diva Goodfriend-Koven, Frank Hosticka, Frederick Zlotkin, Jeffrey Jones, Martin Stoner, Mitchell Holder, Olivia Koppell, Ron Wassaman, and Ross Konikoff.  If any other class member who submitted an objection wishes to speak at the hearing, they may contact Class Counsel, no later than **August 21, 2020, at 12:00 P.M.**, to express their desire to do so.  Class Counsel shall compile the names and email addresses of such class members and email the list to the Court, no later than **5:00 P.M. on August 21, 2020**.