UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SNITZER, et al.,<br><br>                Plaintiffs<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE ADMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, et al.,<br><br>                Defendants. | 17 Civ. 5361 (VEC) |

**NOTICE OF MOTION FOR AN AWARD OF ATTORNEY'S FEES**

Please take notice that, pursuant to Federal Rules of Procedure 23(h)(1), 54(d)(2), and 59(e), and in accordance with and based upon the supporting Declaration and Memorandum of Law filed herewith, the Ad Hoc Coalition of Objectors ("Coalition") will move, on a date to be determined by the Court, for an order amending the Final Judgment entered on August 28, 2020 to provide for an award of attorneys' fees for Coalition counsel and providing such other relief as this Court deems just and proper.

Dated: September 9, 2020
       New York, New York

                                        /s/ Daniel R. Walfish
                                        Daniel R. Walfish
                                        Rachel P. Fissell
                                        WALFISH & FISSELL PLLC
                                        405 Lexington Ave 8th floor
                                        New York, NY 10174
                                        Tel.: 212-672-0521
                                        Email: dwalfish@walfishfissell.com

                                        *Attorneys for Ad Hoc Coalition of Objectors*