USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SNITZER and PAUL LIVANT, individually and as representatives of a class of similarly situated persons, on behalf of the American Federation of Musicians and Employers' Pension Plan,<br><br>               Plaintiffs,<br><br>      - against -<br><br>THE BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, THE INVESTMENT COMMITTEE OF THE BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, RAYMOND M. HAIR, JR., AUGUSTINO GAGLIARDI, GARY MATTS, WILLIAM MORIARITY, BRIAN F. ROOD, LAURA ROSS, VINCE TROMBETTA, PHILLIP E. YAO, CHRISTOPHER J.G. BROCKMEYER, MICHAEL DEMARTINI, ELLIOT H. GREENE, ROBERT W. JOHNSON, ALAN H. RAPHAEL, JEFFREY RUTHIZER, BILL THOMAS, JOANN KESSLER, MARION PRESTON,<br><br>               Defendants. | 17-CV-5361 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 19, 2020, Plaintiffs filed a motion for a bond pursuant to Rule 7 of the Federal Rules of Appellate Procedure, Dkt. 226;

IT IS HEREBY ORDERED that Mr. Stoner must file his response in opposition to the Motion by no later than **Monday, November 2, 2020**.  Any party that wishes to reply in support of the Motion must do so by no later than **Monday, November 9, 2020**.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Stoner and note the mailing on the docket.

**SO ORDERED.**

**Date:  October 20, 2020**
       **New York, New York**

                                   **VALERIE CAPRONI**
                                **United States District Judge**