
Case 1:17-cv-05361-VEC   Document 234   Filed 10/26/20   Page 1 of 4

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
ATTORNEYS AT LAW

ONE HAVERFORD CENTRE
361 WEST LANCASTER AVENUE
HAVERFORD, PA 19041
PHONE: 610-642-8500
FAX: 610-649-3633

STEVEN A. SCHWARTZ
SAS@CHIMICLES.COM

October 26, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020

**MEMO ENDORSED**

**VIA ECF and EMAIL**
The Honorable Valerie E. Caproni
United States District Court for the
 Southern District of New York
40 Foley Square
New York, NY 10007
Email: CaproniNYSDChambers@nysd.uscourts.gov

Re:   *Snitzer, et al. v. The Board of Trustees of the American Federation of Musicians and Employers' Pension Fund, et al.*, No. 17-cv-05361-VEC

Dear Judge Caproni:

Attached is the Mandate issued today by the Second Circuit approving the Stipulation agreed to by Mr. Stoner and the Parties to voluntarily dismiss Mr. Stoner's appeal with prejudice. As reflected in the Stipulation, Mr. Stoner and the Parties are bearing their own costs and attorneys' fees incurred in connection with the appeal, and no money or other consideration has been paid or promised in connection with the dismissal of the appeal. Accordingly, Plaintiffs withdraw their motion for a Bond (ECF #226) as moot.

Thank you for Your Honor's consideration of this matter and Your Honor's courtesies throughout this litigation.

Respectfully,

*Steven A. Schwartz*

Steven A. Schwartz

cc:   All Counsel of Record (via ECF)
      Mr. Martin Stoner (via email)

MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of October, two thousand twenty,

_____

Andrew Snitzer, individually and as representatives of a class of similarly situated persons, on behalf of the American Federation o Musicians and Employers' Pension Plan, Paul Livant, individually and as representatives of a class of similarly situated persons, on behalf of the American Federation o Musicians and Employers' Pension Plan,

      Plaintiffs - Appellees,

v.

Martin Stoner,

      Appellant,

v.

The Board of Trustees of the American Federation of Musicians and Employers' Pension Fund, Raymond M. Hair, Jr., Augustino Gagliardi, Gary Matts, William Moriarty, Brian F. Rood, Laura Ross, Vince Trombetta, Philip E. Yao, Christopher J.G. Brockmeyer, Michael DeMartini, Robert W. Johnson, Alan H. Raphael, Jeffrey Ruthizer, Bill Thomas, JoAnn Kessler, Marion Preston, Elliot H. Greene, The Investment Committee of the Board of Trustees of the American Federation of Musicians and Employers' Pension Fund,

      Defendants - Appellees.

Andrea Finkelstein, Maureen B. Kilkelly, Does 1-6, Thomas F. Lee, William Foster, Melinda Wagner, Harold Bradley, Lovie Smith-Wright,

**ORDER**
Docket No. 20-3228

MANDATE ISSUED ON 10/26/2020

Defendants.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

The Motion for a Rule 7 Bond is hereby dismissed as moot.

The Clerk of Court is respectfully directed to mail a copy of this endorsement to Mr. Stoner and note the mailing on the docket. The Clerk of Court is further directed to terminate the open motion at Dkt. 226 and close this case.

SO ORDERED.

Date: October 26, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE